1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER, on behalf of itself, and ANN CUPOLO-FREEMAN and JULIE REISKIN, on behalf of themselves and a proposed class of similarly situated persons defined below,<br><br>Plaintiffs,<br><br>          v.<br><br>ASHFORD HOSPITALITY TRUST, INC.,<br><br>          Defendant. | Case No. 4:15-cv-00216-DMR<br><br>**[PROPOSED] FINAL JUDGMENT AS MODIFIED** |

Under the Court's March 22, 2016, Order Granting Final Approval of Settlement ("Order") (Dkt. No. 87), it is hereby ORDERED that final judgment in this matter is entered in accordance with the Order and the Settlement it incorporates. The Court will have continuing jurisdiction over the parties, the lawsuit, and the Settlement for purposes of enforcing the Settlement and resolving disputes under the Settlement Agreement.

~~At the conclusion of the term of the Settlement Agreement, three years after the date of the Order Granting Final Approval of Settlement, the case shall be dismissed with prejudice.~~

**IT IS SO ORDERED.**

Dated: March 29, 2016

_____
Donna M. Ryu
United States Magistrate Judge



[PROPOSED] FINAL JUDGMENT — - 1 -   CASE NO. 4:15-CV-00216-DMR